# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08 CR 20567 AJ

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

08 CR 20567 AJ

June 1st, 2011

Hon. Judge Adalberto Jordan
U.S. District Judge
400 North Miami Ave.
10th Floor
Miami, FL 33128

FILED by PRG D.C.
JUN 02 2011
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

Dear Hon. Judge Jordan:

I am writing to you regarding the incident that took place on Sept. 1st 2009. I received copy of your letter dated August 5th 2010, which was addressed to the USA. I was interviewed by SIS locally, at which time they helped me complete the affidavit. Since then, I have not been contacted, or received any correspondence regarding the incident.

I have included copy of the e-mail from the prosecutor that issued the Writ for the trip. This lady wanted to meet with me. I agreed and was willing to cooperate in any way. Unfortunately, I wasn't of any help, since I did not know the people involved.

I have also included copy of the BOP

# Program Statement

OPI: CPD/CSB

NUMBER: **5538.05**

DATE: October 6, 2008

## Escorted Trips

/s/

*Approved*: Harley G. Lappin

Director, Federal Bureau of Prisons

c. **OUT Custody.** Contract guard services may be used.

(1) **Staffing.** At least one non-probationary staff member. One staff member may escort a maximum of five OUT custody inmates.

(2) **Weapons.** No weapons are required.

(3) **Restraints.** Restraint equipment may be used at the discretion of the escorting officer(s). Refer to Section 11 when escorting pregnant inmates.

d. **COMMUNITY Custody.** Contract guard services may be used.

(1) **Staffing.** At least one non-probationary staff member. One staff member may escort a maximum of five COMMUNITY custody inmates.

(2) **Weapons.** No weapons are required.

(3) **Restraints.** No restraints are required.

e. **Other Considerations**:

- At least one staff member of the same sex as the inmate will be assigned to escort inmates with IN, OUT, COMMUNITY, or MAXIMUM custody.
- 
- Privately owned vehicles will not be used for escorted trips.
- Inmate movement from institution to institution by means other than a bus (e.g., van movements), will be conducted in the manner outlined in this Program Statement. Therefore, the staffing requirements for an escorted trip would pertain to the movement of the inmates.

Create PDF files without this message by purchasing novaPDF printer (http://www.novapdf.com)

## Kasta Y. Rodriguez-Varela

**From:** Karase, Kelly (USAFLS) [Kelly.Karase@usdoj.gov]
**Sent:** Monday, August 03, 2009 9:31 AM
**To:** Nelson@nrvlaw.us
**Subject:** Evelyn Marrero

Hi Nelson:

I am writing regarding your client Evelyn Marrero. The government would like to speak with her regarding some information she may have involving a mortgage fraud case pending against Gary, Yvonne and Neil Souffrant. Please advise if you still represent her and if she would be willing to talk with us. Also, let me know if you would like to be present at the meeting.

Best regards,

**Kelly S. Karase**

Assistant United States Attorney

United States Attorney's Office

Southern District of Florida

99 NE 4th Street

Miami, Florida  33132-2111

Phone: (305) 961-9415

Cell: (786) 360-9826

Fax: (305) 530-7976
Email: kelly.karase@usdoj.gov

*[Handwritten note: Nelson / I emailed her.]*

1

Evelyn Marrero - 81236-004
FCC-Coleman Camp
PO Box 1027
Coleman, FL 33521

REC'D by _____ D.C.
JUN 02 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - Mia.

United States District Court
400 North Miami Ave
Tenth Floor
Miami, FL 33128
Attn: Hon. Judge Adalberto Jordan

33128316807