IN THE 11TH CIRCUIT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

VS                                                CASE NO.: 08-CR-20567-

EVELYN MARRERO
_____/

## MOTION FOR MODIFICATION OF SENTENCE IMPOSED

HERE NOW COMES, Evelyn Marrero, pro se, and request that this Court grant this Motion based on the following:

I. Under USC18§3582(1)(A)(i) extraordinary and compelling reasons warrants such a reduction.

    1. On September 1st, 2009, while being transported to Miami upon a writ from AUSA Kelly Karase, I was taken from the FCC-Coleman Camp, shackled (leg irons, martin chain and handcuffs), as stated in Affidavit prepared by a USDOJ FBOP.

    2. As a result, I found myself in an extraordinary circumstance of being subjected to a hostile environment, where I endured sexual harassment by governmental employees, who are federal officers adhering to FBOP policies and procedures, which were clearly violated by them personally and by the FBOP, by not following their own Program Statement 5538.05, effective October 6, 2008, in which it clearly states under (3) e: Other Considerations: at least one staff member of the same sex as the inmate will be assigned to escort inmates with IN, OUT, COMMUNITY, or MAXIMUM custody.

    3. Under the same Program Statement 5538.05(3) Restraints: Restraint equipment may be used at the discretion of the escorting officer(s).

    4. I was subjected to unwelcomed verbal and sexual harassment in which the officers' behavior was perverse. It was the officers' discretion that I and the other female inmate be shackled, while enduring pervasive behavior from the officers, for approximatley, by my calculations, more or less five to six continuous hours.

OPTIONS

1. Bond while the Federal Bureau of Prisons (FBOP) conducts their investigation.

2. Alternative to encarceration, such as home confinement, where I would be liable for all expenses incurred if monitoring is required.

3. Immediate Release extending probation and/or supervision time.

II. Under Rule 35 (1)(A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person;

I was Custodian of Records, in which I assisted in providing the government with substantial paperwork that led them to a successful indictment and prosecution on a separate case.

WHEREAS, I pray this Court grant this Motion for Modification of Sentence Imposed taking into consideration the time I have already served, what I have endured, as well as my willingness to fully cooperate with the Government.

_____
Evelyn Marrero
Register No. 81236-004
FCC-Coleman Camp
P.O. Box 1027
Coleman, FL  33521