UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20567-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| EVELYN MARRERO, | ) |
| _____ | ) |

**ORDER ON MOTION FOR MODIFICATION OF SENTENCE**

Evelyn Marrero's motion for the modification of her sentence [D.E. 316] is DENIED. Under *United States v. Diaz-Clark*, 292 F.3d 1310, 1315–17 (11th Cir. 2002), the seven-day limitation imposed by Federal Rule of Criminal Procedure 35(c) is a jurisdictional restriction, and I cannot modify a sentence after this seven-day limitation. Accordingly, I cannot grant Ms. Marrero the relief she requests.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of October, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:     All counsel of record

Evelyn Marrero, pro se
Reg. No. 81236-004
FCC Coleman Camp
P.O. Box 1027
Coleman, FL 33521